No. 75–651. TEAMSTERS LOCAL UNION 657 *v.* RODRIGUEZ ET AL.; TEAMSTERS LOCAL UNION 657 *v.* HERRERA ET AL.; and TEAMSTERS LOCAL UNION 657 *v.* RESENDIS ET AL.;

No. 75–715. SOUTHERN CONFERENCE OF TEAMSTERS *v.* RODRIGUEZ ET AL.; SOUTHERN CONFERENCE OF TEAMSTERS *v.* HERRERA ET AL.; and SOUTHERN CONFERENCE OF TEAMSTERS *v.* RESENDIS ET AL.; and

No. 75–718. EAST TEXAS MOTOR FREIGHT SYSTEM, INC. *v.* RODRIGUEZ ET AL., 431 U. S. 395. Motion of respondents to retax costs denied.

No. 76–419. VERMONT YANKEE NUCLEAR POWER CORP. *v.* NATURAL RESOURCES DEFENSE COUNCIL, INC., ET AL.; and

No. 76–528. CONSUMERS POWER CO. *v.* AESCHLIMAN ET AL. C. A. D. C. Cir. [Certiorari granted, 429 U. S. 1090.] Joint motion of petitioners and the Solicitor General on behalf of the federal respondents for additional time for oral argument granted and 15 additional minutes allotted for that purpose. Nonfederal respondents also allotted 15 additional minutes for oral argument. MR. JUSTICE POWELL took no part in the consideration or decision of this motion.

No. 76–811. REGENTS OF THE UNIVERSITY OF CALIFORNIA *v.* BAKKE. Sup. Ct. Cal. [Certiorari granted, 429 U. S. 1090.] Motion of the State of California to participate in oral argument as *amicus curiae* denied. Motion of the Solicitor General for leave to file a brief as *amicus curiae* granted; motion to participate in oral argument as *amicus curiae* granted and 15 additional minutes allotted for that purpose. Motions of Pacific Legal Foundation, Chamber of Commerce of the United States, and NAACP Legal Defense & Educational Fund, Inc., to participate in oral argument as *amicus curiae* denied. Motion of petitioner for additional time for oral argument granted and 15 additional minutes allotted for that purpose; respondent also allotted 15 additional minutes for oral argument.